JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOUISE PARIS, LTD d/b/a NEW LOOK, a New York corporation; UNITED FASHIONS OF TEXAS, LLC d/b/a MELROSE, a Texas Limited Liability Company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: 2:17-cv-00282-MWF-PLA<br><br>**ORDER RE STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE**<br><br>Order Submitted Concurrently Herewith]<br><br>*Hon. Michael W. Fitzgerald* |

## **ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed *without* prejudice against all Defendants, together with all claims and/or causes of action arising therefrom;

0082.008\9993

**ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

2. This dismissal of the action *without* prejudice may be converted to a dismissal *with* prejudice at a later date; and

3. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: October 2, 2017  _____
The Honorable Michael W. Fitzgerald
United Stated District Judge

**ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**